**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1564**

CEDRICK EURON DRAPER,

        Plaintiff - Appellant,

    v.

UNITED STATES  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, c/o
Gabrielle M. Corbett,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at
Richmond.  M. Hannah Lauck, District Judge.  (3:20-cv-00126-MHL)

Submitted:  October 16, 2020              Decided:  November 2, 2020

Before KING, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cedrick Euron Draper , Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedrick Euron Draper appeals the district court's order dismissing his civil action without prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Draper v. EEOC*, No. 3:20-cv-00126-MHL (E.D. Va. Apr. 13, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*